Francis AKINRO, Plaintiff—Appellant,

v.

**MARYLAND TRANSIT ADMINISTRA- TION, et al., Defendant—Appellee.**

No. 10–1630.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 19, 2010.

Decided: Aug. 27, 2010.

Francis Akinro, Appellant Pro Se.

Before MOTZ, GREGORY, AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Francis Akinro appeals the district court's order dismissing civil complaint under 28 U.S.C. § 1915(e)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *Akinro v. Maryland Transit Admin.*, No. 1:10–cv–01268–WDQ (D.Md. May 27, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Before MOTZ, GREGORY, and AGEE, Circuit Judges.